IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-cr-00197-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO CALDERON-AGUIRRE,

    Defendant.

**ORDER DIRECTING COMMITMENT AND
TRANSFER TO FEDERAL MEDICAL CENTER**

THIS MATTER comes before the Court on the defendant's "UNOPPOSED MOTION FOR ORDER DIRECTING TRANSFER TO FEDERAL MEDICAL CENTER PURSUANT TO 18 U.S.C. §4241".

THE COURT FINDS that there is reasonable cause to believe that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

ACCORDINGLY, the motion is GRANTED.  The defendant is committed to the custody of the Attorney General.  The Attorney General shall hospitalize the defendant for treatment in a suitable facility for a such a reasonable period of time, not to exceed four months, *from the date of the defendant's arrival at said facility*, as is necessary to

determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to proceed.

THE COURT FINDS that FCI Englewood is not a suitable facility.

ACCORDINGLY, the Court directs that the United States Attorney General shall designate the defendant to a suitable facility with all due speed, and the United States Marshal shall promptly transport the defendant upon notification of designation.

IT IS FURTHER ORDERED that the evaluator shall deliver a written report to the Court, with copies to the parties, no later than 120 days following the defendant's arrival at the designated Federal Medical Center.

SO ORDERED this 5th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge